UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WATKINS MOTOR LINES, INC.
a Florida corporation,

       Plaintiff,

v.                                        Case No. 8:05-Civ-1065-T-24 TBM

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
ET AL.,

       Defendants.
_____/

**ORDER**

       This cause comes before the Court on Plaintiff's Motion to Strike Defendants' Motion to Dismiss. (Doc. No 28). Defendants oppose the motion. (Doc. No. 31).

       Plaintiff filed suit against Defendants for the production of documents. (Doc. No. 1). In response, Defendants filed an answer that included the affirmative defense that Plaintiff's complaint failed to state a claim upon which relief could be granted. (Doc. No. 6). Thereafter, Defendants filed their Motion for Summary Judgment and to Dismiss, along with a supporting memorandum. (Doc. No. 26, 27). Plaintiff now moves to strike Defendants' motion and memorandum to the extent that they seek dismissal under Federal Rule of Civil Procedure 12(b)(6), since Defendants have already filed an answer, and as such, a motion to dismiss is untimely.

       Defendants respond by requesting that the Court convert the motion to dismiss into a motion for summary judgment, arguing that Plaintiff will not suffer any prejudice by such a conversion. The Court agrees with Defendants that converting the motion is appropriate.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Strike Defendants' Motion to Dismiss (Doc. No 28) is **DENIED**;

(2) Defendants' Motion to Deem Defendants' Motion to Dismiss as a Motion for Summary Judgment (Doc. No. 31) is **GRANTED**; and

(3) The Court deems Defendants' Motion for Summary Judgment and to Dismiss (Doc. No. 26) to be a motion for summary judgment.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record